## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

UNITED STATES OF AMERICA,

  v.

TRINH KAPU,

  Defendant.

CASE NO.: 4:19-cr-171-2

## **FINAL ORDER OF FORFEITURE**

   WHEREAS, on or about October 8, 2020, Trinh Kapu (the "defendant") entered a plea of guilty to the offenses charged in Counts One, Three, and Four of the above-captioned Indictment, charging violations of 21 U.S.C. § 846, 18 U.S.C. § 856(a)(1), and 18 U.S.C. § 1956(h);

   WHEREAS, on January 27, 2021, this Court entered Preliminary Orders of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the following:

- Funds held in Wells Fargo, Acct. #xxxxxx4296;

- Funds held in Wells Fargo, Acct. #xxxxxxxxx9155;

- Funds held in Bank of America, Acct. #xxxxxxxx15059; and

- Funds held in Bank of America, Acct. #xxxxxxxx07756[1]

hereinafter, the "Subject Property") were property forfeitable to the United States;

---

[1] The Preliminary Orders of Forfeiture (Docs. 176 at 2, 206 at 2) listed an additional asset to be forfeited: 2018 Toyota Highlander Limited VIN: 5TDYZRFH5JS283164.  The asset was intentionally excluded above as the government has chosen not to pursue forfeiture of the vehicle.

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning August 16, 2022, through and including September 14, 2024 (Doc. 288 at 6), and potential third party claimants were notified also (Docs. 285 and 291); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853, 28 U.S.C. 2461(c), Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, and the Preliminary Orders, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Orders and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Orders.

**SO ORDERED**, this 6th day of November, 2024.

_____

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA